# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

CALVIN WEDINGTON,   Civil No. 09-0565 (JRT/FLN)

        Petitioner,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

U. S FEDERAL GOVERNMENT AND
THE WARDEN OF FEDERAL
MEDICAL CENTER ROCHESTER,

        Respondents.

_____

Calvin Wedington, #18915-037, FMC, PMB 4000, Rochester, MN 55903, pro se petitioner.

Ana Voss, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated May 4, 2009 [Docket No. 8]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

    1.    Petitioner's pending "motion" [Docket No. 4] is **DENIED**; and

2.      This action is summarily **DISMISSED**.


DATED: June 9, 2009
at Minneapolis, Minnesota.                         s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                               United States District Judge